TROUTMAN PEPPER LOCKE LLP
Ben L. Wagner (SBN 243594)
ben.wagner@troutman.com
Jared D. Bissell (SBN 272687)
jared.bissell@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:  858.509.6000
Facsimile:   858.509.6040

Attorneys for Plaintiff
Associated Production Music LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>ZEE ENTERTAINMENT ENTERPRISES, and Z5X Global FZ-LLC,<br><br>           Defendant. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

Plaintiff, Associated Production Music LLC ("APM"), through its undersigned counsel, for this Complaint against Defendants, Zee Entertainment Enterprises Limited ("ZEE"), and Z5X Global FZ-LLC ("Z5X") (each a "Defendant" and, collectively, "Defendants"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for willful violation of the United States copyrights (the "Copyrights") of the sound recordings and compositions of at least 1,212 works (the "Infringed Works"), all timely registered with the U.S. Copyright Office. Specifically, Defendants have exploited, without authorization, the Infringed Works through unauthorized reproduction, synchronization, importation, distribution, derivative works and/or public performance by means of transmission—namely, publicly

1  available videos on YouTube, Facebook, Twitter, Instagram, Defendants' own
2  websites and streaming services, and Defendants' television channels—distributed to
3  viewers throughout the entire United States. A list of Infringed Works with the titles
4  and registration numbers for each Infringed Work, APM's library song work code,
5  and Infringing Work of Defendants, is attached as **Exhibit A** hereto and incorporated
6  herein by reference.

7      2.    Promptly upon discovering the infringement, APM sent ZEE cease and
8  desist letters beginning in February 2025 identifying ZEE's illegal use of the Infringed
9  Works in a large number of various programs and online videos including at least
10 2,250 programs and videos (herein, the "Infringing Programs" or "Infringing Works")
11 and requesting that ZEE provide any proof of licensure for ZEE's use of the Infringed
12 Works or, alternatively, for ZEE to take the infringing content down.

13     3.    Evincing the willful and inexcusable nature of Defendants' infringement,
14 ZEE failed to provide any evidence of licensure or otherwise remove infringing
15 content since the cease-and-desist demands were received by ZEE. Although
16 providing multiple responses, Defendants could not and did not provide evidence of
17 a single license to any of the at least 1,221 Infringed Works, yet despite repeated
18 communications clearly providing notice as to each infringing violation, Defendants
19 refused thereafter to cease said uses.

20     4.    Defendants continue to thumb their nose at APM by pirating APM's
21 catalog for soundtrack use for multiple television series and thousands of programs.
22 Such wanton behavior saturates the market and directly harms the copyright interests
23 in the Infringed Works, causing APM significant and irreparable injury.

24 **THE PARTIES AND THEIR SETUP**

25     5.    Plaintiff, APM, is a New York limited liability company with its
26 principal place of business in Los Angeles, California. APM is the exclusive licensee
27 and licensing agent of the asserted violated rights in the Infringed Works violated by
28 the Infringing Works, all of which are duly registered with the United States

1  Copyright Office, excepting certain standard musical society or performance licenses
2  organization rights, said Infringing Works being listed in **Exhibit A** hereto and
3  previously incorporated by reference herein. Not only were the uses neither
4  authorized nor permitted by Plaintiff, but based on diligent investigation and pre-suit
5  dialogue with Defendants, on information and belief Defendants obtained no
6  permission or rights from any other party claiming actual or purported rights to do so.

      6.    On information and belief, Defendant ZEE, one of the largest media companies in the world, is a company organized under the laws of India but operating globally, directly and through numerous affiliates and subsidiaries, with its principal place of business outside the United States. ZEE is the owner and operator of television channels broadcast via "43 networks and full time dedicated workforce across 5 different locations all across USA, Canada and Caribbean."[1] ZEE is a company formed and organized outside of the United States that maintains a corporate office and locations in both California and New York. ZEE develops, owns though subsidiaries, and operates Zee TV, the Zee5 App, the Zee5 Website, and ZEE's Website, all of which feature content distributed and used throughout the United States and globally. ZEE is subject to personal jurisdiction, including under FRCP 4(k).

      7.    Defendant Z5X is a company formed, organized and with principal place of business outside of the United States and a subsidiary of ZEE[2] and, on information and belief, the owner of the Zee5 App and Zee5 Website. Z5X is subject to personal jurisdiction, including under FRCP 4(k). Z5X collects the revenue generated on the Zee5 App and Zee5 Website. However, Z5X through only informal, non-documented, agreements, licenses the Zee5 App and Zee5 website to ZEE for no compensation or

---

[1] E.g. Zee TV USA, https://www.zeetvusa.com/#aboutus (last visited July 28, 2025).
[2] E.g. Zee-Entertainment-2023-24_full-report.pdf available at https://www.zee.com/investor-relations/annual-report-2024/pdf/Zee-Entertainment-2023-24_full-report.pdf at p.272.

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

1  monetary cost, with ZEE operating, maintaining, and providing the video library for
2  the Zee5 App and Zee5 Website, rendering Z5X nothing more than a mere
3  instrumentality of ZEE.[3] The Zee5 App and the Zee5 Website host a Bollywood
4  streaming service that provides paying subscribers with 150+ exclusive originals,
5  4,500+ movie titles, and 125,000+ hours of on demand content, including content
6  previously broadcasted over Indian networks, with each of the Infringing Works being
7  imported into the United States (to the extent not created in the United States) and
8  reproduced predicate to streaming.



8. Defendants advertise on Facebook that they provide "top notch television programs to South Asians in the US!". The targeted marketing and advertising toward U.S. citizens has paid off. The Zee5 App and Zee5 Website has at least 1.2 million active users, second only to India, with about half accessing the content through the App and half through the website.[4] ZEE intentionally targets the

---

[3] *See, e.g. Case 2:23-cv-21722-EP-CLW ECF No. 60-13 – Kolleri Dep. at 56:24-57:5, 84:25-87:9,* March 12-13, 2025.

[4] E.g. https://www.enterpriseappstoday.com/stats/zee5-statistics.html; https://www.semrush.com/website/zee5.com/overview/ (670,140 for June 2025, second only to India and Saudi Arabia).

United States consumer because their revenues per user are so much higher. Namely, although these 1.2 million active users account for 4-6% of total users, they are the highest revenue contributor with around 40% of the total revenue for these two Zee5 platforms.[5]

9. ZEE's revenues from its United States digital activity is so significant that in any given month it is between $12-17 million (USD), predominantly from streaming, subscription, OTT, and TV package revenues collected from U.S. consumers in U.S. dollars.[6] ZEE operates the Zee5 Website and Zee5 App, and Z5X pays license fees and operating expenses of approximately 65 million UAD ($42 million USD) to ZEE annually in return (denominated on its income statement variously as operational costs, marketing expense and administration expenses), representing about 80% of those revenues – essentially all revenues left after its transmission costs and limited employee expenses. Again, 40% of the revenues ZEE receives for these two Zee5 platforms – approximately $26 million for 2024 alone – are paid to it from U.S. users of the app and website paying for access to content.

10. As a result, as a critical part of its streaming infrastructure, the Zee5 App is available for download on the Google Play and Apple Stores, where many American customers download the Zee5 App and pay for subscription services to watch content thereon. In the About This App section of the Zee5 App, ZEE markets specifically targeted to U.S. consumers: "Binge on the most talked-about and trending titles in USA, only on ZEE5, your one-stop destination for South Asian Entertainment."[7] And ZEE has expanded significantly in the USA as a result of the broad streaming content offered in the U.S., marketing to the demographic to "[p]repare for an even grander experience as the globe's largest South Asian

---

[5] E.g. https://assets-prod.zee.com/wp-content/uploads/2024/11/Subsidiaries.pdf at pp. 283-307.

[6] E.g. Zee-Entertainment-2023-24_full-report.pdf at p.237.

[7] E.g. https://play.google.com/store/apps/details?id=com.graymatrix.did&hl=en_US

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

1  streaming destination expands significantly in the USA." To target their U.S.
2  streaming, promote subscribers, and boost retention, ZEE has specifically
3  programmed the Zee5 App so it includes specific categories such as "Trending Near
4  You" and "Top Rated TV Shows | USA." And its streaming library is housed on U.S.
5  servers that the Infringed Works, predicate to streaming through the U.S. server, have
6  been reproduced to (and imported to, if and to the extent any of the Infringing Works
7  were created outside the United States).

8        11.    The Zee5 Website is available for access from geolocations within the
9  United States, where many Americans pay for subscription services, offered in $USD
10  to watch content thereon.[8] To reduce latency time, increase speed and enhance the
11  U.S. user experience, the Zee5 Website runs at least on a server based in New York,
12  on information and belief with copies of all streamed video content stored by
13  Defendants directly in the U.S. As with the apps, the Zee5 Website also includes
14  specific categories targeting the U.S. such as "Trending Near You" and "Top Rated
15  TV Shows | USA." The Zee5 Website maintains a Copyright Notice to Defendant
16  ZEE.



_____
[8] E.g. http://www.zee5.com

- 6 -
COMPLAINT

1    12.    ZEE's own corporate representatives have admitted under oath that there is only one Zee5 website and Zee5 App that is used within India and without India, both of which are maintained and operated by ZEE.[9] And that same corporate representative admitted the Zee5 website and Zee5 App target the United States in that they are intended to service subscribers in the United States.[10]

13.    To the extent that Z5X is not simply a department of ZEE, Z5X and ZEE formed and operated a conspiracy to infringe the Infringed Works by way of production of the Infringing Programs, the marketing and licensing of the Infringing Programs for illegal distribution, and the coordination of the other uses of Plaintiff's exclusive rights through the Infringing Programs in the United States.

///

///

///

///

///

///

---

[9] See e.g. Case 2:23-cv-21722-EP-CLW ECF No. 60-13 – Kolleri Dep. at 11:13-24, March 12-13, 2025.

[10] E.g. id. at 36:1-14.

14. On information and belief, ZEE also owns and operates multiple ZEE YouTube channels (Zee TV, Zee Zest, Zee Business, Techlusive, Bollywood Life, Zee Telegug, Zee Mundo, Zee TV Africa, ZEETV Apac, ETC Bollywood, Zing, etc.) all of which feature content distributed and used throughout the United States, including the Infringing Programs. Many of the ZEE YouTube Channels include links back to, and promote, the Zee5 App and Zee5 Website, including direct links on, or advertisements within, videos featuring the infringing content.



15. As confirmed by sampled reviews of the ZEE YouTube Channel videos, a substantial majority of the videos featuring the Infringed Works available on the Channel are comprised of clips of full-length episodes available on the Zee5 App and Zee5 Website which themselves contain the Infringed Works.

16. On information and belief, ZEE also owns and operates a flood of Zee Social Media Accounts (ZEEAmericas, Zeetalkiesm Zeemarathiofical, Zeeflamtv, Zee TV, ZeeBanglaIndia, ZEE24Taas, ZeeKalinga, ZeeMPCG, Zee5India, Zee5, Zeebuisnessor, ZeeAlwanTV, etc.) with millions of "followers" each and all of which feature content distributed and used throughout the United States, including the Infringing Programs.



17. Many of the ZEE Social Media Accounts include links back to, and promote, the Zee5 App and Zee5 Website, including direct links on, or advertisements within, videos featuring the Infringed Works.

18. As confirmed by sampled reviews of the ZEE Social Media Accounts and their videos, a substantial majority of the videos featuring the Infringed Works are comprised of clips of full-length episodes available on the Zee5 App and Zee5 Website, including videos featuring the Infringed Works.

19. ZEE's own corporate representatives have admitted under oath that ZEE manages the Zee5 social media accounts.[11]

---

[11] *See e.g. Case 2:23-cv-21722-EP-CLW ECF No. 60-13 – Kolleri Dep.* at 86:9-16.

20. As admitted by ZEE on ZEE's own website, ZEE broadcasts into the Americas with many United States-based broadcasting companies, such as Spectrum (Charter), Xfinity (Comcast), Dish TV, etc. These ZEE broadcasts are specifically targeted to and reached by persons within the United States and its borders.[12] ZEE and these broadcasters all have U.S. servers and broadcast from the U.S., and thus predicate to these U.S. broadcasts, Defendants have imported and reproduced copies of the Infringing Works in the U.S. These broadcasts include cobranded marketing campaigns in the broadcasters' U.S. markets with high South Asian populations, including Spectrum's Los Angeles, New York and Dallas markets, and markets the deluge of steps "by Zee to serve the growing South Asian communities in the U.S." and in recognition that "since 1998, ZEE has been present in the U.S., taking a localized approach."[13] These are among the most popular broadcast companies in the U.S. which are targeted by Defendants to carry ZEE's content, including the Infringing Works, displayed and consumed to households in the U.S. through paid subscriptions, bundles and viewing packages generating additional revenues to Defendants. For example, as confirmed by recent reports of U.S. cable television

---

[12] https://www.zee.com/content-and-international-markets/; https://dishpromotions.com/channels/zee-tv-on-dish/; https://www.xfinity.com/learn/digital-cable-tv/international; https://corporate.charter.com/newsroom/spectrum-adds-zee-entertainment-south-asian-tv-channels.

[13] *E.g.* https://corporate.charter.com/newsroom/spectrum-adds-zee-entertainment-south-asian-tv-channels.

providers, Xfinity has 22.5%, Spectrum has 16.9%, and Dish has 13.5%, a combined 53% U.S. market share.[14]

**International**

Beyond serving the South Asian diaspora, we engage global audiences with programming in multiple native languages, making 'Z' a truly diverse and global entertainment network.

40+ channels

120+ countries

11 foreign languages

APAC     Europe     MENA     Americas     Africa

https://www.xfinity.com/learn/digital-cable-tv/international

**South Asian channels**

Enjoy a variety of family dramas, mythological epics, Bollywood Blockbusters, and more! Get all the Indian news you need, plus cricket 24 hours a day.

Willow HD     Zee TV HD     SET HD     TV Asia HD

https://dishpromotions.com/channels/zee-tv-on-dish/

DishLATINO (English) | (En Español) | Go to MyDISH | Log In | Order Online

dish     DISH PACKAGES | INTERNET | BUNDLES | WHY DISH? | DEALS     (844) 693-0285

Zee TV (ZEETV) – Channel 694 on DISH     You are here: Home / DISH Network TV Channel Guide List / Zee TV (ZEETV) – Channel 694 on DISH

**ZEE TV (ZEETV): DISH CHANNEL NUMBER 694**

Zee TV is one of the most watched and loved South Asian – Hindi Channel. With shows like "Sa re ga ma pa" and "Dance India Dance", the channel has won million of hearts around the world. Some of the top shows and movies currently on Zee TV (ZEETV) include: Kumkum Bhagya, Bhabi Ji Ghar Par Hai, Jamai Raja, Ek Tha Raja Ek Thi Rani, News, Tashn-E-Ishq, Kaala Teeka, Meri Saasuma, Sa Re Ga Ma Pa, Yeh Vaada Raha, Vishkanya, Aadhe Adhoore, Begusarai, So You Think You Can Dance, Amma, India's Best Dramebaaz, Bhakti Sutra, Neeli Chatari Wale, Dilli Wali Thakur Gurls, Sanyukt, Razia Sultan, DNA Bulletin, Yoga for You, Ramdev Baba, Bhaage Re Mann.

**CALL TODAY & SAVE! (844) 693-0285**
same or next-day installation available in most areas

**ZEE TV IS A CHANNEL IN THESE DISH TV PACKAGES**

- Hindi: Elite
- Hindi: Mega
- Hindi: Premium
- Hindi: Sony & Zee TV
- Hindi: Star Plus & Zee TV

**CALL TODAY & SAVE! (844) 693-0285**
same or next-day installation available in most areas

**VERIFIED DISH PROMOTIONS CUSTOMER REVIEWS**
OUR CUSTOMERS RATE US
★★★★½
4.4 out of 5 STARS
based on over 1034 total reviews. read all here

---

[14] *E.g.* https://www.enterpriseappstoday.com/stats/cable-tv-subscribers-statistics.html.

[Screenshot of Charter Communications press release dated September 29, 2022, headlined "Charter Boosts South Asian Programming for Spectrum Customers With Addition of Zee Entertainment Channels, New Video Tiers — New 'India View' Video Packages Provide Spectrum TV and Streaming Subscribers Up to 24 New Channels with Greater Flexibility and Value"]

21. On information and belief, ZEE either directly or through its indirect subsidiary Asia TV USA Limited ("ATUL") – incorporated under the laws of Wyoming with its principal place of business at 200 Middlesex Essex Turnpike, Suite 202, Iselin, New Jersey 08830 – contracts with broadcasting companies to broadcast the ZEE content throughout the United States.

22. ZEE's website indicates that Zee TV is owned by ATUL and, upon information and belief, ATUL primarily transacts the business of ZEE, although ZEE exercises complete control with respect to the distribution of the Infringing Programs, rendering ATUL nothing more than a mere instrumentality of ZEE.

23. In its most recent state filing, ATUL lists Harish Goyal as its President, who is part of ZEE Senior Management with the Title of "Chief Executive Office – Asia Pacific & Africa" from August 2014 to present.[15] Thus, on information and belief, ATUL is directly controlled by ZEE senior management without even an intermediary as a corporate formality.

24. To the extent that ATUL is not simply a department of ZEE, ATUL and ZEE formed and operated a conspiracy to infringe the Infringed Works by way of production of the Infringing Programs, the marketing and licensing of the Infringing

---

[15] Harish Goyal, Professional Experience, https://www.harishgoyal.com/ (last visited July 28, 2025).

- 12 -
COMPLAINT

1  Programs for illegal distribution, and the coordination of illegal public performance
2  and distribution of the Infringing Programs in the United States.

## JURISDICTION AND VENUE

4  25. APM's claims arise under the U.S. Copyright Act, 17 U.S.C. § 101 *et*
5  *seq*. seeking damages, injunctive relief, and attorneys' fees and costs.

6  26. The Court has original subject matter jurisdiction over this action
7  pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8  27. Venue in this District is proper under 28 U.S.C. §§ 1391(d) and 1400(a)
9  because a substantial part of the events giving rise to the claim occurred in this
10 District, because Defendants as foreign corporations, may be sued in any judicial
11 district and APM has its principal place of business in Los Angeles, California.

12 28. This Court has personal jurisdiction over Defendants because
13 Defendants, acting alone and in concert for the reasons alleged herein, have
14 committed acts of U.S. copyright infringement within California and across the
15 United States, including the specific direction, performance and distribution of
16 infringing content directly to app users, subscribers, and viewers in California and
17 across the United States. Defendants direct and specifically target the supply of the
18 Infringing Works in California and across the United States.

19 29. Upon information and belief, Defendants, acting alone and in concert,
20 have also committed tortious acts and copyright infringement of the Infringed Works
21 beyond the borders of India, causing deliberate and foreseeable effect and injury to
22 APM within the state of California and across the United States. Defendants' actions
23 in pirating APM's catalog for use in thousands of broadcast and online works
24 naturally saturates the market, causing APM significant and irreparable injury.

25 30. On information and belief, Defendants regularly and deliberately target
26 and do business, solicit business, and engage in a persistent course of conduct directed
27 within California and across the United States, including by the marketing and
28 distribution of the infringing conduct to subscribers in California and across the